UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

TIMOTHY NELSON,                )
                               )
            Petitioner,        )
                               )
     v.                        )     No. 4:07-CV-991-TCM
                               )
KEITH SHAFFER,                 )
                               )
            Respondent.        )

### ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that petitioner's petition for a writ of habeas corpus is **DISMISSED**, without prejudice.

**IT IS FURTHER ORDERED** that petitioner is **DENIED** a certificate of appealability if he appeals this order of dismissal.

Dated this 29th day of August, 2007.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE